Gregory L. Scott
Attorney at Law
208 Larson Building - P.O. Box 701
Yakima, WA  98907
Phone (509) 574-0991

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON
### (Honorable James P. Hutton)

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: CR-10-2123-LRS-4 |
| Plaintiff, | ) ORDER MODIFYING CONDITIONS OF RELEASE |
| vs. | ) |
| RODNEY EUGENE MILES, | ) |
| Defendant | ) |

THIS MATTER having come before the above-entitled Court on the Defendant's Motion to Modify Conditions of Release (Ct. Rec. 159), and the Court being fully apprised in the premises, and further, it appearing the parties are in agreement herein; now, therefore, it is HEREBY ORDERED:

1. That the Defendant be released from the GPS monitoring program.  Probation Services shall remove the ankle bracelet from the Defendant as soon as possible.
2. That the Defendant's curfew time be amended to 9:30 p.m. to 5:00 a.m. daily.

DATED this <u>2nd</u> day of March, 2011.

<u>     s/ James P. Hutton     .</u>
U.S. Magistrate Judge

Presented by:

<u>s/Gregory L. Scott                   </u>
WSBA #17433
Attorney for Defendant

ORDER MODIFYING CONDITIONS OF RELEASE- 1