PS 42
(Rev 07/93)

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUN 1 4 2011

JAMES R. LARSEN, CLERK
                        DEPUTY
YAKIMA, WASHINGTON

# United States District Court

## Eastern District of Washington

| United States of America | ) | |
| | ) | |
| vs | ) | |
| | ) | |
| Rodney Eugene Miles | ) | Case No. 2:10CR02123-LRS-4 |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, Rodney Eugene Miles, have discussed with James A. Moon, U.S. Probation Officer, modification of my release as follows:

Removal of the curfew condition as ordered on December 20, 2010, and March 2, 2011.

The modification is recommended based upon:

The defendant was initially placed on a G.P.S. curfew requirement on December 20, 2011. On March 2, 2011, the Court removed the G.P.S. requirement because of his compliance with his release conditions, and the curfew was kept in place. The defendant continues to comply with his release requirements. This officer believes that based upon the defendant's adjustment since his release that the curfew is no longer necessary to address his risk of nonappearance or dangerousness to the community, and I respectfully recommend the modification be made.

I consent to this modification of my release conditions and agree to abide by this modification.

| _____ | 6/14/11 | _____ | 6/14/11 |
| Signature of Defendant | Date | Pretrial Services/Probation Officer | Date |

I have reviewed the conditions with my client and concur that this modification is appropriate.

| _____ | 6/14/11 |
| Signature of Defense Counsel | Date |

I have reviewed the request and do not object to the modification.

| _____ | 6/14/11 |
| Signature of Assistant U.S. Attorney | Date |

[X]   The above modification of conditions of release is ordered, to be effective on 6/14/11.

[ ]   The above modification of conditions of release is not ordered.

| _____ | 6/14/11 |
| Signature of Judicial Officer | Date |